373 A.2d 1139

Commonwealth v. Todd, Appellant.

Submitted April 20, 1976. Robert Todd, III, appellant, *in propria persona*; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.